# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 142 - 1 | **DATE** | 02/19/08 |
| **CASE TITLE** | USA vs. Lenard McKinney | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 02/19/08. Defendant informed of his rights. Enter order appointing Imani Chiphe from the Federal Defender Program as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Leonard McKinney is the person named in the arrest warrant. Government seeks detention. Order defendant removed to in custody to the Northern District of Mississippi - forthwith.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|