Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 142 - 1 | **DATE** | 02/20/08 |
| **CASE TITLE** | USA vs. Lenard McKinney | | |

**DOCKET ENTRY TEXT**

Enter Order regarding remand.

Docketing to mail notices.

00:10

Courtroom Deputy Initials: LXS