UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 142 |
| | ) | |
| v. | ) | Hon. Nan R. Nolan |
| | ) | |
| LENARD McKINNEY | ) | |
| | ) | |

**ORDER**

Consistent with and following the Amended Order for Psychiatric/Psychological Examination of Defendant, issued on February 14, 2008, by the Honorable W. Allen Pepper, Jr., United States District Judge for the Northern District of Mississippi - Delta Division, in the case United States v. Lenard McKinney, 07 CR 101, pending before that court, and on motion by the government in the above-captioned case, defendant's attorney Thomas C. Levidiotis, having been apprised of Judge Pepper's order,

IT IS HEREBY ORDERED THAT:

Defendant LENARD McKINNEY be remanded to the custody of the US Marshals Service and transported by the US Marshals Service to a federally designated facility where a psychiatric/psychological examination of defendant McKINNEY can and should be conducted for the purpose of preparing and submitting a report pursuant to 18 U.S.C. §§ 4241 and 4247(b) and (c), as further directed and set forth in the February 14, 2008 order in case no. 07 CR 101, attached hereto.

ENTERED:

_____
NAN R. NOLAN
U.S. Magistrate Judge

DATED this 20th day of February, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO. 2:07CR101

LENARD McKINNEY

### AMENDED ORDER
### FOR PSYCHIATRIC/ PSYCHOLOGICAL EXAMINATION OF DEFENDANT

On Motion by the government in the above-captioned case, for an Order pursuant to Title 18, United States Code, Section 4241, providing for a psychiatric/psychological examination of the defendant, LENARD McKINNEY, and it appearing to the Court that said motion is well taken and should be granted,

IT IS ORDERED:

1. That the defendant's Motion for Psychiatric Examination is well-taken and should be, and hereby is, GRANTED.

2. That the psychiatric/psychological examination of the defendant LENARD McKINNEY, should be conducted to determine whether defendant LENARD McKINNEY is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and

3. That the Medical Center for Federal Prisoners, Springfield, Missouri, or any other appropriate federal medical facility is designated by the Court as the facility where a psychiatric examination of defendant McKINNEY should be conducted for the purpose of preparing and

submitting a report pursuant to 18 U.S.C. §§ 4241 and 4247(b) and (c).

4. That defendant McKINNEY's pretrial supervision is hereby REVOKED for purposes of conducting the necessary psychiatric evaluation and that a warrant shall be issued for defendant McKINNEY's immediate arrest; and that defendant McKINNEY be taken into custody and transported to the federally designated facility by the United States Marshal's Service as directed by the Clerk of the Court;

5. That the time period for examination of defendant McKINNEY shall commence upon his receipt at the medical facility;

6. That the Clerk of the Court shall furnish by mail to the said institution at the aforesaid address, a certified copy of this Order and a certified copy of the Indictment in the above-captioned case;

7. That upon completion of said examination, the federal facility designated shall transmit a record of the result thereof to the Clerk of the United States District Court, Oxford, Mississippi, with a copy of the defendant's attorney, Thomas Levidiotis 114 Courthouse Square, P.O. Box 1617, Oxford, MS 38655 and to the Honorable Jim M. Greenlee, United States Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford, MS 38655;

8. Upon receipt of the report regarding defendant McKINNEY's competence, the Court will hold a hearing to determine whether to reinstate defendant's bond pending trial;

9. That the time from the filing of the Motion For Psychiatric/Psychological Examination in this case, until such time as it is fully resolved by the Court is hereby excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(A) and (H).

10. That the trial of this cause, previously scheduled to begin on Monday, February 11, 2008 in Greenville, Mississippi, is hereby CONTINUED until further order of the Court.

SO ORDERED, this the 14th day of February, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

CERTIFYING STAMP
I hereby certify that the foregoing is a true copy of the original thereof now in our office.

Attest: 2/14/08
Flavio Craws, Clerk

By: A. Adams
Deputy Clerk