| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Mary Poynor_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Mary Poynor  2-25-08<br>D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Northern District of MS<br>911 Jackson Avenue East<br># 273<br>Oxford, MS 38655 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 9724 2666 |
| PS Form 3811, February 2004 | Domestic Return Receipt  08 CR 142  102595-02-M-1540 |

FILED

FEB 2 8 2008  PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 2 8 2008

08cr 142